IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HELENE CHUNG, § | |
| § | |
| Plaintiff, § | |
| § | |
| V. § | CIVIL ACTION NO. H-11-4079 |
| § | |
| LADYBUG SKINCARE SALON OF § | |
| HOUSTON, TEXAS, VIVIAN PAI, and § | |
| RADIANCY, INC., § | |
| § | |
| Defendants. § | |

## ORDER ADOPTING RECOMMENDATION
## OF THE MAGISTRATE JUDGE

Pending is Defendants Radiancy, Inc.'s Motion for Summary Judgment (Document No. 81). The Court has received from the Magistrate Judge a Memorandum and Recommendation recommending that Defendant Radiancy, Inc.'s Motion for Summary Judgment (Document No. 81) be GRANTED and that Defendants Ladybug Skincare Salon of Houston, Texas' and Vivian Pai's cross-claim for indemnity be dismissed with prejudice. Defendants Ladybug Skincare Salon of Houston, Texas and Vivian Pai have filed Objections (Document No. 90) to the Memorandum and Recommendation. The Court, after having made a *de novo* review of the Motion for Summary Judgment, the Memorandum and Recommendation, and the objections, is of the opinion that the findings and recommendations of the Magistrate Judge are correct and should be and hereby are accepted by the Court in their entirety. Accordingly,

It is ORDERED and ADJUDGED for the reasons set forth in the Memorandum and Recommendation of the United States Magistrate Judge filed on April 12, 2013, which is adopted in its entirety as the opinion of this Court, that Defendant Radiancy, Inc.'s Motion for Summary Judgment (Document No. 81) is GRANTED, and Defendants Ladybug Skincare Salon of Houston, Texas' and Vivian Pai's cross-claim for indemnity pursuant to TEX. CIV. PRAC. & REM. CODE § 82.001, *et seq.*, is DISMISSED WITH PREJUDICE.

The Clerk will enter this Order and send copies to all parties of record.

Signed at Houston, Texas this 1st day of May, 2013.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE